United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Violet McMillian  
    Debtor

Case No. 16-13683-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Feb 17, 2017  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2017.  
db          +Violet McMillian,    6218 Homer Street,    Philadelphia, PA 19144-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:
         GEORGETTE    MILLER     on behalf of Debtor Violet   McMillian info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com
         GEORGETTE    MILLER     on behalf of Plaintiff Violet   McMillian info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com
         JEREMY JOHN KOBESKI     on behalf of Co-Counsel    Toyota Motor Credit Corporation paeb@fedphe.com
         THOMAS I. PULEO     on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER     ecfemails@ph13trustee.com,    philaecf@gmail.com
         WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Violet McMillian <br> Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> Movant <br> vs. | NO. 16-13683 JKF |
| Violet McMillian <br> Debtor | |
| William C. Miller Esq. <br> Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the Retail Installment Contract held by the Movant on the Debtor's Vehicle is **$878.51**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | December 2016 through February 2017 at $399.98 |
| Suspense Balance: | $321.43 |
| **Total Post-Petition Arrears** | **$878.51** |

2. The Debtor shall cure said arrearages in the following manner;

a). Beginning March 2017 and continuing through August 2017, until the arrearages are cured, Debtor shall pay the present regular monthly payment of **$399.98** on the Retail Installment Contract (or as adjusted pursuant to the terms of the Retail Installment Contract) on or before the twenty-ninth (29th) day of each month, plus an installment payment of **$146.42** towards the arrearages on or before the last day of each month at the address below;

Toyota Motor Credit Corporation
P.O. Box 9490
Cedar Rapids, Iowa 52409-9490

b). Maintenance of current monthly Retail Installment Contract payments to the Movant thereafter.

3. Should debtor provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movants hall file a Certification of Default with the court and the court shall enter an order7 granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the Retail Installment Contract and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:    February 10, 2017

By: /s/ Thomas I. Puleo, Esquire
Thomas I. Puleo, Esquire
Attorneys for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date: 2/14/17

Georgette Miller Esq.
Attorney for Debtor

Approved by the Court this 16th day of February, 2017. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Jean K. Fitzsimon