*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Violet McMillian
    Debtor(s)

Case No: 16–13683–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Determine Value of Property Filed by Violet McMillian Represented by GEORGETTE MILLER (Counsel)

    on: 10/31/17

    at: 01:00 PM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/10/17

Timothy B. McGrath
Clerk of Court

65 – 47
Form 167