**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | VIOLET McMILLIAN, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 16-13683 ELF |
| | | : | |

# O R D E R

**AND NOW,** in connection with the confirmation hearing presently **SCHEDULED** on **October 31, 2017, at 1:00 p.m.**,

1. The hearing **SHALL NOT BE CONTINUED** without the appearance of counsel for the Debtor unless

    (a) the Chapter 13 Trustee is recommending confirmation of the Debtor's chapter 13 plan;[1] or

    (b) counsel is advised by the Courtroom Deputy (after the entry of this Order) or the Chapter 13 Trustee (with the consent of the Courtroom Deputy) that the court does not require counsel's appearance.

2. Failure to appear and prosecute this case at the confirmation hearing may result in **SUA SPONTE DISMISSAL OF THE CHAPTER 13 CASE**.[2]

Date: October 10, 2017

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

---

[1] In this case, the Trustee's recommendation may be dependent upon the grant of the Debtor's pending motion for approval of loan modification. If so, and if the Debtor certifies no objection and the Trustee supports the loan modification motion, no appearance is necessary.

[2] See, e.g., In re Jackson, 2007 WL 1188202, at *4-5 (Bankr. E.D. Pa. April 18, 2007) (court may dismiss chapter 13 bankruptcy case sua sponte pursuant to 11 U.S.C. §1307(c)).