United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13683-elf
Violet McMillian                                                        Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Pamela          Page 1 of 2            Date Rcvd: Oct 10, 2017
                         Form ID: 152          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.
```
db          +Violet McMillian,   6218 Homer Street,   Philadelphia, PA 19144-1621
13732289    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
13825956    +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
13732296    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007)
13732290    +Cap One Na,   Po Box 26625,   Richmond, VA 23261-6625
13732291    +Cap1/Boscv,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
13732292    +Cap1/Bstby,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
13732293    +Capital One,   Po Box 30253,   Salt Lake City, UT 84130-0253
13732295    +Cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
13732294    +Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13829932     Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
              Kirkland, WA 98083-0657
13732297     Hahnemann University Hospital,   P.O. BOX 741230,   Atlanta, GA 30374-1230
13732298    +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
13732299     Moore Eye Care, P.C.,   PO Box 95000-7030,   Philadelphia, PA 19195-7030
13732301    +Pncbank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13732302     Slomins Shield, Inc.,   125 Lauman Lane,   Po Box 1886,   Hicksville, NY 11802-1886
13809361    +State Farm Mutual Automobile Insurance Company,   a/s/o Gregory Leach,   Gluck & Allen, LLC,
              217 Washington Street,   Toms River, NJ 08753-7567
13732306    +Toyota Motor Credit Co,   240 Gibraltar Rd Ste 260,   Horsham, PA 19044-2387
13768323    +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
13732307    +Urology Health Specialists,   PO BOX 1287,   Blue Bell, PA 19422-0410
13732308    +Verizon Wireless,   Po Box 49,   Lakeland, FL 33802-0049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Oct 11 2017 01:58:26    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2017 01:58:01
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 11 2017 01:58:22    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2017 02:00:06
              PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr           E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2017 02:00:11    Synchrony Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13815665     E-mail/Text: bankruptcy@phila.gov Oct 11 2017 01:58:26    City of Philadelphia,
              Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA 19102-1595
13818216    +E-mail/Text: bankruptcy@cavps.com Oct 11 2017 01:58:19    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13829164     E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 11 2017 01:58:19    Jefferson Capital Systems LLC,
              Po Box 7999,   Saint Cloud Mn 56302-9617
13899524     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2017 01:59:55
              Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
13732300    +E-mail/Text: blegal@phfa.org Oct 11 2017 01:58:14    Pa Housing Finance Age,   211 N Front St,
              Harrisburg, PA 17101-1406
13794638     E-mail/Text: bnc-quantum@quantum3group.com Oct 11 2017 01:57:53
              Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
              Kirkland, WA 98083-0788
13738741     E-mail/PDF: rmscedi@recoverycorp.com Oct 11 2017 01:59:50
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13780206     E-mail/PDF: cbp@onemainfinancial.com Oct 11 2017 01:59:50    SPRINGLEAF FINANCIAL SERVICES,
              PO BOX 3251,   EVANSVILLE, IN 47731
13732303    +E-mail/PDF: cbp@onemainfinancial.com Oct 11 2017 01:59:50    Springleaf,   Po Box 64,
              Evansville, IN 47701-0064
13817381    +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Oct 11 2017 01:58:19    Statefarm,
              PO Box 2373,   Bloomington, IL 61702-2373
13732304    +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2017 01:59:49    Syncb/Hh Gregg,   Po Box 965036,
              Orlando, FL 32896-5036
13732305    +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2017 02:00:12    Syncb/Home Design Nahf,
              950 Forrer Blvd,   Kettering, OH 45420-1469
                                                                                             TOTAL: 17
```

```
District/off: 0313-2          User: Pamela              Page 2 of 2              Date Rcvd: Oct 10, 2017
                              Form ID: 152              Total Noticed: 38
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13770534*    +Toyota Motor Credit Corporation,    PO Box 9013,     Addison, Texas 75001-9013
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2017 at the address(es) listed below:
          GEORGETTE   MILLER    on behalf of Debtor Violet  McMillian info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;r50524@notify.bestcase.com
          GEORGETTE   MILLER    on behalf of Plaintiff Violet   McMillian info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;r50524@notify.bestcase.com
          JEREMY JOHN KOBESKI    on behalf of Co-Counsel    Toyota Motor Credit Corporation paeb@fedphe.com
          THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Violet McMillian
    Debtor(s)

Case No: 16−13683−elf
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 10/31/17 at 01:00 PM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

63 − 60
Form 152