United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-13683-elf
Violet McMillian                                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Pamela                 Page 1 of 1              Date Rcvd: Oct 10, 2017
                              Form ID: 167                 Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.
db           +Violet McMillian,    6218 Homer Street,    Philadelphia, PA 19144-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2017 02:00:17
               PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2017 02:00:12     Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:
              GEORGETTE    MILLER    on behalf of Debtor Violet  McMillian info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              GEORGETTE    MILLER    on behalf of Plaintiff Violet  McMillian info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              JEREMY JOHN KOBESKI    on behalf of Co-Counsel    Toyota Motor Credit Corporation paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Violet McMillian
    Debtor(s)

Case No: 16–13683–elf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Determine Value of Property Filed by Violet McMillian Represented by GEORGETTE MILLER (Counsel)

    on: 10/31/17

    at: 01:00 PM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/10/17

Timothy B. McGrath
Clerk of Court

65 – 47
Form 167