United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Violet McMillian  
     Debtor

Case No. 16-13683-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Oct 10, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.  
db          +Violet McMillian,    6218 Homer Street,    Philadelphia, PA 19144-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:

        GEORGETTE   MILLER    on behalf of Debtor Violet   McMillian info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com  
        GEORGETTE   MILLER    on behalf of Plaintiff Violet   McMillian info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com  
        JEREMY JOHN KOBESKI    on behalf of Co-Counsel    Toyota Motor Credit Corporation paeb@fedphe.com  
        THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                               TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    VIOLET McMILLIAN,    :    Chapter 13
:
Debtor    :    Bky. No. 16-13683 ELF
:

# O R D E R

**AND NOW,** in connection with the confirmation hearing presently **SCHEDULED** on **October 31, 2017, at 1:00 p.m.**,

1. The hearing **SHALL NOT BE CONTINUED** without the appearance of counsel for the Debtor unless

   (a) the Chapter 13 Trustee is recommending confirmation of the Debtor's chapter 13 plan;[1] or

   (b) counsel is advised by the Courtroom Deputy (after the entry of this Order) or the Chapter 13 Trustee (with the consent of the Courtroom Deputy) that the court does not require counsel's appearance.

2. Failure to appear and prosecute this case at the confirmation hearing may result in **SUA SPONTE DISMISSAL OF THE CHAPTER 13 CASE**.[2]

Date: October 10, 2017

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

---

[1] In this case, the Trustee's recommendation may be dependent upon the grant of the Debtor's pending motion for approval of loan modification. If so, and if the Debtor certifies no objection and the Trustee supports the loan modification motion, no appearance is necessary.

[2] See, e.g., In re Jackson, 2007 WL 1188202, at *4-5 (Bankr. E.D Pa. April 18, 2007) (court may dismiss chapter 13 bankruptcy case sua sponte pursuant to 11 U.S.C. §1307(c)).