Certificate Number: 15317-PAE-DE-032494237

Bankruptcy Case Number: 16-13683



15317-PAE-DE-032494237

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>March 25, 2019</u>, at <u>5:42</u> o'clock <u>AM PDT</u>, <u>Violet M Mcmillian</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>March 25, 2019</u>

By: <u>/s/Eric Reyes</u>

Name: <u>Eric Reyes</u>

Title: <u>Certified Counselor</u>