**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Violet McMillian                          CHAPTER 13

    DEBTOR                                          BANKRUPTCY NO: 16-13683

**CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>March 27, 2019</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.

Dated:  April 16, 2019
                                                                   /s/ Georgette Miller
                                                                   Georgette Miller
                                                                   Law Offices of Georgette Miller Esq., P.C
                                                                   335 Evesham Avenue
                                                                   Lawnside, NJ 08045
                                                                   856-323-1100
                                                                   Bar I.D. 86358
                                                                   Attorney for Debtor

{00339907;v1}