United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-13683-elf
Violet McMillian                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: May 15, 2019
                              Form ID: 138NEW          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
```
db             +Violet McMillian,    6218 Homer Street,    Philadelphia, PA 19144-1621
13732289      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
13825956       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13732296      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
13732295       +Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
13732294       +Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
13829932        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
13732297        Hahnemann University Hospital,    P.O. BOX 741230,    Atlanta, GA 30374-1230
13732298       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13732299        Moore Eye Care, P.C.,    PO Box 95000-7030,    Philadelphia, PA 19195-7030
13732301       +Pncbank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13732302        Slomins Shield, Inc.,    125 Lauman Lane,    Po Box 1886,    Hicksville, NY 11802-1886
13809361       +State Farm Mutual Automobile Insurance Company,    a/s/o Gregory Leach,    Gluck & Allen, LLC,
                 217 Washington Street,    Toms River, NJ 08753-7567
13732306       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
14129059        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
13768323       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13732307       +Urology Health Specialists,    PO BOX 1287,    Blue Bell, PA 19422-0410
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 15 2019 08:19:04     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 08:18:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2019 08:18:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 08:08:12
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:08:03     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13815665        E-mail/Text: megan.harper@phila.gov May 15 2019 08:19:04     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13732290       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2019 08:07:21     Cap One Na,
                 Po Box 26625,    Richmond, VA 23261-6625
13732291       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2019 08:08:09     Cap1/Boscv,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13732292       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2019 08:09:08     Cap1/Bstby,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13732293       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2019 08:08:09     Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
13818216       +E-mail/Text: bankruptcy@cavps.com May 15 2019 08:18:29     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13829164        E-mail/Text: JCAP_BNC_Notices@jcap.com May 15 2019 08:18:25     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13899524        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 08:09:10
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13732300       +E-mail/Text: blegal@phfa.org May 15 2019 08:18:16     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13794638        E-mail/Text: bnc-quantum@quantum3group.com May 15 2019 08:17:42
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
13738741        E-mail/PDF: rmscedi@recoverycorp.com May 15 2019 08:08:13
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13780206        E-mail/PDF: cbp@onemainfinancial.com May 15 2019 08:08:59     SPRINGLEAF FINANCIAL SERVICES,
                 PO BOX 3251,    EVANSVILLE, IN 47731
13732303       +E-mail/PDF: cbp@onemainfinancial.com May 15 2019 08:07:13     Springleaf,    Po Box 64,
                 Evansville, IN 47701-0064
13817381       +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com May 15 2019 08:18:22     Statefarm,
                 PO Box 2373,    Bloomington, IL 61702-2373
13732304       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:08:03     Syncb/Hh Gregg,    Po Box 965036,
                 Orlando, FL 32896-5036
13732305       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:07:17     Syncb/Home Design Nahf,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
13732308       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 15 2019 08:17:14
                 Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2                   Date Rcvd: May 15, 2019
                              Form ID: 138NEW          Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                   TOTAL: 22

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13770534*      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
```
              GEORGETTE    MILLER    on behalf of Debtor Violet   McMillian info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              GEORGETTE    MILLER    on behalf of Plaintiff Violet   McMillian info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              JEREMY JOHN KOBESKI    on behalf of Co-Counsel    Toyota Motor Credit Corporation paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor   Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   Toyota Motor Credit Corporation paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Violet McMillian
        Debtor(s)　　　　　　　　　　　　　　　　Bankruptcy No: 16−13683−elf
　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                    Suite 400
                Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

　　　　　　　　　　　　　　　　　　　　　　　　　　For The Court
　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Dated: 5/14/19

                                                                                            101 – 100
                                                                                         Form 138_new